TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00036-CV

Fred Hale, Appellant

v.

Pamela Ann Schnelle, Appellee

FROM THE DISTRICT COURT OF BLANCO COUNTY, 33RD JUDICIAL DISTRICT

NO. 4351, HONORABLE GUILFORD L. JONES III, JUDGE PRESIDING 

PER CURIAM

 Because appellant Fred Hale has failed to pay a filing fee, we will dismiss the
appeal for want of prosecution. See Tex. R. App. P. 42.3(b).

 The Clerk of this Court filed appellant's Notice of Appeal on January 9, 2001. By
letter dated January 18, 2001, appellant was notified that this Court had not received a filing fee. 
On February 20, 2001, appellant filed a Withdrawal of Notice of Appeal and Motion to Dismiss,
notifying this Court and all parties to the appeal of his intention to dismiss this appeal. On March
6, 2001, this Court again notified appellant of his failure to pay the filing fee. Thus far, appellant
has failed to submit a filing fee.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b). Because we dismiss this appeal on our own motion, we also dismiss appellant's
Withdrawal of Notice of Appeal and Motion to Dismiss. 

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Dismissed for Want of Prosecution

Filed: March 15, 2001

Do Not Publish